Argued and submitted February 25, affirmed March 30, 2022

In the Matter of K. S. R. M.,
a Child.
DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

J. L. W.,
*Appellant.*

Yamhill County Circuit Court
20JU06453; A176833

507 P3d 353

Cynthia L. Easterday, Judge.

George W. Kelly argued the cause and filed the brief for appellant.

Jeff J. Payne, Assistant Attorney General, argued the cause for respondent. Also on the brief were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Before James, Presiding Judge, and Lagesen, Chief Judge, and Joyce, Judge.

PER CURIAM

Affirmed.

**PER CURIAM**

Mother appeals from a judgment terminating her parental rights to her daughter, K. Parental rights may be terminated "if the court finds that the parent or parents are unfit by reason of conduct or condition seriously detrimental to the child or ward and integration of the child or ward into the home of the parent or parents is improbable within a reasonable time due to conduct or conditions not likely to change," ORS 419B.504, and "if the court finds [that termination] is in the best interest of the ward," ORS 419B.500. Ultimately, the "assessment of a child's best interest must be child-centered," taking into consideration the unique circumstances of each case. *Dept. of Human Services v. T. M. D.*, 365 Or 143, 166, 442 P3d 1100 (2019); *see also Dept. of Human Services v. J. S. E. S.*, 315 Or App 242, 244, 501 P3d 566 (2021) (court's best interest "determination is focused on the needs of the child"). On *de novo* review, having reviewed the record, we conclude, as did the trial court, that termination of mother's parental rights is in the child's best interest.

Affirmed.